UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LABORERS PENSION TRUST FUND,
DETROIT & VICINITY, ET AL.,                              Case No. 03-74019

      Plaintiff(s),                                                    Honorable Nancy G. Edmunds

v.

MICHAEL MUSCAT and PETER MUSCAT,
d/b/a MUSCAT BROTHERS
CONSTRUCTION CO.,

      Defendant(s).
_____/

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [22] WITH MODIFICATION [23]
GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT [19]**

      This matter has come before the Court on the Magistrate Judge's April 5, 2005 Report and Recommendation with its modification on April 11, 2005.  Begin fully advised in the premises and having reviewed the record and the pleadings, including objections, the Court hereby ACCEPTS and ADOPTS the Magistrate's Report and Recommendation including its modification.  Accordingly, the Court hereby orders that Plaintiffs' motion for default judgment is GRANTED.

              s/Nancy G. Edmunds
              Nancy G. Edmunds
              United States District Judge

Dated:  May 24, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 24, 2005, by electronic and/or ordinary mail.

       s/Carol A. Hemeyer
       Case Manager